AO 442 (Rev. 10/03) Warrant for Arrest

SEALED



# UNITED STATES DISTRICT COURT
Southern District of California

UNITED STATES OF AMERICA

V.

Paul Simpkins

**WARRANT FOR ARREST**

Case Number: '15MJ0325

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Paul Simpkins
                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

conspiracy to commit bribery

DATE: 2/3/15
ARRESTED BY: DOD/NCIS

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: Maria

in violation of Title 18 United States Code, Section(s) 371

The Honorable Karen S. Crawford
Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

2/2/15    San Diego, California
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |