LAURA E. DUFFY
United States Attorney
MARK W. PLETCHER (CO BN 34615)
ROBERT S. HUIE (CA BN 237374)
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9714
mark.pletcher@usdoj.gov
robert.huie@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15cr0530-JLS |
|---|---|
| Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| PAUL SIMPKINS, | |
| Defendant. | |

Plaintiff, the United States of America, by and through its counsel, Laura E. Duffy, United States Attorney, and Mark W. Pletcher and Robert S. Huie, Assistant United States Attorneys, hereby files the following Bill of Particulars for Forfeiture of Property.

Through the violations of Title 18 United States Code, Section 371, as alleged in Counts 1 and 2 of the Indictment, which are punishable by imprisonment of more than one year, the United States seeks forfeiture in the Forfeiture Allegations of the following additional property pursuant to Title 18, United States Code, Section 981(a)(1)(c), and Title 28, United States Code, Section 2461(c):

//

//

//

$150,438.29 in funds from Acct #xxxxxx, Jumbo Money Market Account Suffix 26, held in the name of Paul Simpkins at Travis Credit Union, Vacaville, California.

DATED: April 15, 2015.

        LAURA E. DUFFY
        United States Attorney

        s/ Mark W. Pletcher
        MARK W. PLETCHER
        Assistant U.S. Attorney
        Attorneys for Plaintiff
        United States of America
        Email: mark.pletcher@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>v.<br>PAUL SIMPKINS,<br>     Defendant. | Case No. 15cr0530-JLS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Mark W. Pletcher, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the foregoing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Marc B. Geller, marcbgeller@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2015

s/ Mark W. Pletcher
MARK W. PLETCHER